FILED

03/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0605

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 21-0605

---

BOARD OF REGENTS OF HIGHER EDUCATION OF THE STATE OF MONTANA,

     Petitioner and Appellee,

vs.

STATE OF MONTANA, by and through Austin Knudsen, Attorney General of the State of Montana in his official capacity,

     Respondent and Appellant.

---

**ORDER GRANTING ASSOCIATED STUDENTS OF THE UNIVERSITY OF MONTANA LEAVE TO PARTICIPATE AS *AMICUS CURIAE***

---

The Associated Students of the University of Montana has filed a Motion for leave to participate in this matter as *amicus curiae* and file a brief in support of Appellee Board of Regents. Appellant AG Knudsen and Appellee Board of Regents have consented to the Motion, Whereas the Motion is unopposed and for good cause shown, it is hereby;

ORDERED that the Motion for leave to participate in this action as *amicus curiae* and to file its brief is GRANTED. ASUM will file its brief no later than March 21, 2022.

DATED this _____ day of March, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 7 2022